UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLAY SCOTT BAKER,<br><br>              Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Defendant. | Case No. 4:14-CV-00209-BLW<br><br>CASE MANAGEMENT ORDER<br>TRACK: (Legal) |

**IT IS ORDERED:**

1. The deadlines set in the Court's earlier CMO entered by Judge Dale are hereby adopted by the undersigned Judge.

2. Additionally, the following provisions shall govern this case:

    a.    <u>Scheduling of Trial and Pretrial Conference</u>: Plaintiff's counsel shall contact In-Court Deputy Jamie Gearhart within one week following the entry of a decision on the cross-motions for summary judgment to make arrangements for a telephone scheduling conference between counsel and me in which the trial and pretrial conference shall be set if this matter is not fully resolved by the decision on the motions.

e. <u>Law Clerk</u>: If counsel has a procedural or legal question that needs to be brought to my attention, please contact Jeff Severson, the law clerk assigned to this case at (208) 334-9027.

f. <u>Handling of Discovery Disputes and Non-disposition Motion</u>:

 i. I will **not** refer this case to a magistrate judge for resolution of discovery disputes and non-dispositive motions. I will keep these motions on my own docket.

 ii. The parties will strictly comply with the meet and confer requirements of Local Rule 37.1 prior to filing any discovery motions.

 iii. In addition, I will not entertain any written discovery motions until the Court has been provided with an opportunity to informally mediate the parties' dispute. To facilitate that mediation, the attorneys will first contact Jeff Severson, the law clerk assigned to this case, and shall provide him with a brief written summary of the dispute and the parties' respective positions. Mr. Severson may be able to offer suggestions that will resolve the dispute without the need of my involvement. If necessary, an off-the-record telephonic conference with me will then be scheduled as soon as possible. I will seek to resolve the dispute during that conference and may enter appropriate orders on the basis of the conference. I will only

authorize the filing of a discovery motion and written briefing if we are unable to resolve the dispute during the conference.

  iv. Prior to filing any discovery motions, counsel must certify, not only that they have complied with Local Rule 37.1, but that they have complied with the foregoing procedures.

g. <u>Calendaring Clerk</u>: With regard to any scheduling matters or calendar issues, please contact my deputy clerk, Jamie Gearhart at (208) 334-9021.

h. <u>Docketing Clerk:</u> If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED: **October 1, 2014**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge